**2008–0076.  State v. Lozier.**
Franklin App. Nos. 07AP-348 and 07AP-349, 2007-Ohio-5798. On motion for leave to file delayed appeal. *Motion granted.*
  MOYER, C.J., and O'CONNOR and LANZINGER, JJ., dissent.

**2008–0111.  State v. Griffie.**
Cuyahoga App. No. 89009, 2007-Ohio-5325. On motion for leave to file delayed appeal. Motion denied.
  PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2008–0117.  State v. Hunter.**
Champaign App. No. 2006 CA 30, 2007-Ohio-5176. On motion for leave to file delayed appeal. Motion granted.
  O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2008–0131.  State v. Nave.**
Hamilton App. No. C–060931. On motion for leave to file delayed appeal. Motion denied.
  PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2008–0144.  State v. Peterson.**
Mahoning App. No. 06 MA 70, 2007-Ohio-6917. On motion for leave to file delayed appeal. Motion granted.
  O'CONNOR, J., dissents.

**2008–0149.  State v. Johnson.**
Franklin App. No. 00AP–428. On motion for leave to file delayed appeal. Motion denied.

**2008–0163.  State v. Curry.**
Cuyahoga App. No. 89075, 2007-Ohio-5721. On motion for leave to file delayed appeal. Motion granted.
  MOYER, C.J., and O'CONNOR, J., dissent.

**2008–0164.  State v. Webb.**
Montgomery App. No. 21814, 173 Ohio App.3d 547, 2007-Ohio-5670. On motion for leave to file delayed appeal. Motion denied.
  LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2008–0166.  State v. Murphy.**
Clark App. No. 05–CA–71, 2007-Ohio-1747. On motion for leave to file delayed appeal. Motion denied.

**2008–0201.  State v. Smith.**
Hamilton App. No. C–061041. On motion for leave to file delayed appeal. Motion granted.
  PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

**2008–0202.  State v. Trikilis.**
Medina App. No. 06CA0068–M, 2007-Ohio-5475. On motion for leave to file delayed appeal. Motion denied.
  PFEIFER, J., dissents.

**2008–0251.  Athens Cty. Commrs. v. Ohio Patrolmen's Benevolent Assn.**
Athens App. No. 06CA49, 2007-Ohio-6895. On motion for stay of court of appeals' judgment. Motion granted.
  PFEIFER and O'DONNELL, JJ., dissent.

**2008–0293.  Cincinnati v. Queen City Lodge No. 69, Fraternal Order of Police.**
Hamilton App. No. C–060290. On motion for stay of court of appeals' judgment. Motion granted.
  PFEIFER, O'DONNELL, and Lanzinger, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2007–1812.  State v. Harris.**
Hamilton App. No. C–060587. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2007–0595 and 2007–0651, *State v. Cabrales,* Hamilton App. No. C–050682, 2007-